```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ILONA SHAMIS,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :      20-CV-7064 (VSB)
              -against-                                     :
                                                            :           ORDER
SOLIL MANAGEMENT, LLC, and JANE                             :
GOLDMAN, individual and as Officer of                       :
SOLIL MANAGEMENT, LLC, JOHN DOE 1-                          :
5, and DOE CORPORATIONS 1-5,                                :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2020

VERNON S. BRODERICK, United States District Judge:

Plaintiff filed this action on August 31, 2020, (Doc. 1), and filed an affidavit of service on September 21, 2020, (Doc. 5). The deadline for Defendants to respond to Plaintiff's complaint was October 8, 2020. (*See id.*). To date, Defendants have not responded to the complaint. Plaintiff, however, has taken no action to prosecute this case. Accordingly, if Plaintiff intends to seek a default judgment, she is directed to do so in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases by no later than November 16, 2020. If Plaintiff fails to do so or otherwise demonstrate that she intends to prosecute this litigation, I may dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: October 13, 2020
       New York, New York

Vernon S. Broderick
United States District Judge