```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
ILONA SHAMIS,                                               :
                                                            :
                              Plaintiff,                    :
                                                            :          20-CV-7064 (VSB)
                -against-                                   :
                                                            :               ORDER
SOLIL MANAGEMENT, LLC et al.,                               :
                                                            :
                              Defendants.                   :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2021

VERNON S. BRODERICK, United States District Judge:

I am in receipt of Defendants' motion to amend their counterclaims as a matter of course pursuant to Federal Rule of Civil Procedure Rule 15(a)(1) or, in the alternative, for leave from this Court to amend their counterclaims pursuant to Federal Rule of Civil Procedure Rule 15(a)(2), filed March 22, 2021.  (Doc. 26.)  Accordingly, it is hereby:

ORDERED that Plaintiff shall file any response on or before April 5, 2021.  To the extent Plaintiff intends to file a response, she should indicate whether, when she consented to extending Defendants' deadline to respond to Plaintiff's motion to dismiss Defendants' counterclaims, she intended also to consent to Plaintiff filing an amended counterclaim pursuant to Federal Rule of Civil Procedure 15(a)(2).

SO ORDERED.

Dated:   March 23, 2021
         New York, New York

_____
VERNON S. BRODERICK
United States District Judge