UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ILONA SHAMIS,<br><br>    Plaintiff,<br><br>    -against-<br><br>SOLIL MANAGEMENT, LLC and JANE GOLDMAN, individually and as Officer of SOLIL MANAGEMENT, LLC, JOHN DOE 1-5, and DOE CORPORATIONS 1-5,<br><br>    Defendants. | Civ. A. No.: 1:20-cv-07064<br><br>**ORDER GRANTING DEFENDANTS'<br>MOTION TO AMEND<br>COUNTERCLAIMS** |

This matter having been opened to the Court on the Motion of Defendants Solil Management, LLC ("Solil") and Jane Goldman ("Goldman"), individually and as an officer of Solil, (collectively, "Defendants") for an Order granting Defendants' leave to file an Amended Answer and Counterclaims, the Court having considered the papers submitted in opposition and reply thereto; the Court having heard any arguments of counsel; and for other good cause having been shown;

IT IS on this _____ day of _____ 2021:

ORDERED AND ADJUDGED that Defendants' Motion is GRANTED and Defendants are permitted leave file an Amended Answer and Counterclaims pursuant to _____;

ORDERED AND ADJUDGED that Defendants' may file their Amended Answer and Counterclaims within seven (7) days of the date of this Order;

ORDERED AND ADJUDGED that Plaintiff's Motion to Dismiss pursuant to Rule 12(b)(6) is DENIED as moot;

 

_____
HON. VERNON S. BRODERICK, U.S.D.J.