UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                :

ILONA SHAMIS,                    :

                                :

                    Plaintiff,     :

                                  :

             -against-           :

                                  :

SOLIL MANAGEMENT, LLC et al.,     :

                                  :

                  Defendants.   :
--------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ____7/13/2021____

20-cv-7064 (VSB)

**ORDER OF REFERENCE**

VERNON S. BRODERICK, United States District Judge:

        The above entitled action is referred to the designated Magistrate Judge for the following
purposes:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ____ | Specific Non-Dispositive Motion/Dispute: | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | _X__ | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: Doc. 39 |

SO ORDERED.

Dated:       July 13, 2021
              New York, New York

                                Vernon S. Broderick
                                United States District Judge