UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
         :
ILONA SHAMIS,         :
         :
       Plaintiff,         :
         :    20-cv-7064 (VSB)
  -against-         :    AMENDED
         :    **ORDER OF REFERENCE**
         :
SOLIL MANAGEMENT, LLC et al.,         :
         :
       Defendants.         :
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/2021

<u>VERNON S. BRODERICK, United States District Judge</u>:

    The above entitled action is referred to the designated Magistrate Judge for the following purposes:

| | | | |
|---|---|---|---|
| ___ | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| ___ | Specific Non-Dispositive Motion/Dispute: | ___ | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)<br>Purpose: _____ |
| ___ | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ | Habeas Corpus |
| _X_ | Settlement | ___ | Social Security |
| ___ | Inquest After Default/Damages Hearing | _X_ | Dispositive Motion (i.e., motion requiring a Report and Recommendation)<br>Particular Motion: Doc. 39 |

SO ORDERED.

Dated:    July 14, 2021
         New York, New York

                                      Vernon S. Broderick
                                      United States District Judge