UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
:
ILONA SHAMIS, :
:
Plaintiff, :
: 20-CV-7064 (VSB)(OTW)
-against- :
: **ORDER**
SOLIL MANAGEMENT, LLC, and JANE :
GOLDMAN, individual and as Officer of :
SOLIL MANAGEMENT, LLC, JOHN DOE 1- :
5, and DOE CORPORATIONS 1-5, :
:
Defendants. :
:
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On December 1, 2022, Magistrate Judge Ona Wang issued a Report and Recommendation on the parties' motion for settlement approval. (Doc. 43.) As of today, no objections have been filed to that Report and Recommendation and no requests for extensions have been made. The failure to file timely objections to a report and recommendation will result in a waiver of those objections for purposes of appeal. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(a), 6(d), 72(b); *Thomas v. Arn*, 474 U.S. 140 (1985). Parties shall therefore file a joint letter by December 22, 2022, indicating whether they wish to file objections and, if so, proposing a schedule for those objections.

SO ORDERED.

Dated: December 20, 2022
         New York, New York

VERNON S. BRODERICK
United States District Judge