```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
                                                           :
ILONA SHAMIS,                                              :
                                                           :
                              Plaintiff,                   :
                                                           :   20-CV-7064 (VSB)(OTW)
                  -against-                                :
                                                           :        ORDER
                                                           :
SOLIL MANAGEMENT, LLC, and JANE                            :
GOLDMAN, individual and as Officer of                      :
SOLIL MANAGEMENT, LLC, JOHN DOE                            :
1-5, and DOE CORPORATIONS 1-5,                             :
                                                           :
                              Defendants.                  :
                                                           :
-----------------------------------------------------------X
```

VERNON S. BRODERICK, United States District Judge:

      Plaintiff Ilona Shamis brings this action seeking damages for unpaid wages under the Fair Labor Standards Act (the "FLSA") and New York Labor Law (the "NYLL"), as well as violations of the Wage Theft Prevention Act of the NYLL.  (Doc. 39, at 1.)  On July 12, 2021, the parties reported that they had reached a settlement, which was submitted to me for approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).  (*See* Doc. 39.)  I referred the action to Magistrate Judge Ona T. Wang for a report and recommendation.  (Docs. 41, 42.)

      Before me is Judge Wang's Report & Recommendation dated December 1, 2022.  (Doc. 43.) It recommends awarding Plaintiff $1,346.16, and Plaintiff's counsel $673.08 in attorneys' fees for a total sum of $2,019.24.  (*Id.* 2–3)

      A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1)(C).  "To accept the report and recommendation of a magistrate, to which no timely objection has been made, a

district court need only satisfy itself that there is no clear error on the face of the record." *Nelson v. Smith*, 618 F. Supp. 1186, 1189 (S.D.N.Y. 1985).  The Parties no object to the Report and Recommendation.  (Doc. 45.)  Accordingly,  I have reviewed Judge Wang's thorough and well-reasoned Report and Recommendation for clear error and, after careful review, find none.

I therefore agree with Judge Wang's conclusion that the parties' proposed settlement is fair and reasonable, and so adopt the Report and Recommendation in its entirety.  The parties' settlement agreement, including the settlement amount, is APPROVED.

The Clerk of Court is respectfully directed to close all outstanding motions on this docket.

SO ORDERED.

Dated: December 23, 2022

New York, New York

_____
Vernon S. Broderick
United States District Judge